B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blinski, Darryl J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7242** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3589 Poinciana Avenue**<br>**Miami, FL**<br>ZIP Code **33133** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Blinski, Darryl J.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _/s/ D. Jean Ryan_                          **December 27, 2012**<br>Signature of Attorney for Debtor(s)                          (Date)<br>**D. Jean Ryan 396818** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Blinski, Darryl J.** |

<div align="center">Signatures</div>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darryl J. Blinski**
Signature of Debtor  **Darryl J. Blinski**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 27, 2012**
Date

### Signature of Attorney*

X **/s/ D. Jean Ryan**
Signature of Attorney for Debtor(s)

**D. Jean Ryan 396818**
Printed Name of Attorney for Debtor(s)

**Ryan Law Firm, P.A.**
Firm Name

**8500 SW 92 Street**
**Suite 202**
**Miami, FL 33156**

Address

          **Email: jryan@ryanlawpa.com**
**305-275-2733 Fax: 305-275-2732**
Telephone Number

**December 27, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re   __Darryl J. Blinski_____

Debtor(s)

Case No. _____

Chapter   __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Darryl J. Blinski**
_____

**Darryl J. Blinski**

Date:   **December 27, 2012**
_____

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Darryl J. Blinski**                                          ,      Case No. _____
                              Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,200,000.00 | | |
| B - Personal Property | Yes | 19 | 5,541,530.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,045,165.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 551,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,100.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,994.01 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 6,741,530.00 | | |
| Total Liabilities | | | | 1,596,165.98 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re      **Darryl J. Blinski**                                                    ,
                                                    Debtor

Case No. _____

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,100.13 |
| Average Expenses (from Schedule J, Line 18) | 9,994.01 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 12,177.97 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 99,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 551,000.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 650,000.00 |

**B6A (Official Form 6A) (12/07)**

.

In re   **Darryl J. Blinski**                                      ,     Case No. _____

                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead/Residence**<br>**3589 Poinciana Avenue**<br>**Miami, Florida 33133**<br>**Folio #01-4121-013-0491**<br>**Property to be retained** | **Homestead/Residence** | **J** | **1,200,000.00** | **710,611.27** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,200,000.00** | (Total of this page) |
| Total > | **1,200,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Darryl J. Blinski**                                                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Executive Bank** <br> **9600 N Kendall Drive** <br> **Miami, FL 33176** <br> **Checking account ending in 2807** | J | 1,000.00 |
| | | **Professional Bank of Miami** <br> **1567 San Remo Avenue** <br> **Miami, FL 33146** <br> **Checking account ending in 0404** | J | 0.00 |
| | | **Executive National Bank** <br> **9600 N Kendall Drive** <br> **Miami, FL 33176** <br> **Blinski Plastic Surgery, LLC account number ending in 0855** <br> **Balance:  $200.00** <br> **Debtor has authority to sing only on LLC owned by others.** | - | 0.00 |
| | | **Professional Bank of Miami** <br> **1567 San Remo Avenue** <br> **Coral Gables, FL 33146** <br> **Blinski Plastic Surgery, LLC account number ending in 1167** <br> **Balance:  $5,000.00** <br> **Debtor has authority to sign only, LLC owned by others).** | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Appraised Value** <br> **(copy of appraisal attached hereto)** | J | 11,030.00 |

|  | Sub-Total > | 12,030.00 |
|---|---|---|
|  | (Total of this page) | |

  **4**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Darryl J. Blinski**                                                                          ,        Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Included in Appraisal listed in Item 4 above.** | **J** | **0.00** |
| 6. Wearing apparel. | | **Included in Appraisal listed in Item 4 above.** | **J** | **0.00** |
| 7. Furs and jewelry. | | **Included in Appraisal listed in Item 4 above.** | **J** | **0.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Included in Appraisal listed in Item 4 above.** | **J** | **0.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **First Colony Life Insurance Company** **700 Main Street** **Lynchburg, VA 24504** **Policy ending in 6764** **$48,000.00 cash or surrender value** **Debtor is the owner of policy, his wife is the beneficiary.** | **-** | **1,000,000.00** |
| | | **Protective Life fka Chase Insurance Life & Annity Co** **PO Box 12687** **Birmingham, AL 35202** **Policy ending in 0044** **Debtor is the owner of the policy, his sons are the beneficiaries.** | **-** | **2,000,000.00** |
| | | **Reliastar Life Insurance Co** **20 Washington Avenue** **PO Box 20** **Minneapolis, MN 55440** **Policy ending in 170X** **Debtor is owner of the policy, his wife is the beneficiary.** | **-** | **1,500,000.00** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |

Sub-Total >                **4,500,000.00**
(Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Darryl J. Blinski**                                                        ,          Case No. _____
_____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Campbell Capital Mgmt Inc.**<br>**9400 S Dadeland Blvd**<br>**Suite 111**<br>**Miami, FL 33156**<br>**IRA account numbers ending in 4322 and 5314**<br>**Debtor is the owner of the account, his wife is the beneficiary.** | - | 860,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Blinski Family Holdings, LLC**<br>**3589 Poinciana Avenue**<br>**Miami, FL 33133**<br>**FEI/EIN:  Applied for.**<br>**Company never operated.** | J | 0.00 |
| | | **3201 Beachwood Condominium LLC**<br>**3589 Poinciana Avenue**<br>**Miami, FL 33133**<br>**FEI/EIN Applied for.**<br>**Company never operated.** | J | 0.00 |
| | | **Computershare Trust Co**<br>**2 N LaSalle Street**<br>**Chicago, IL 60602**<br>**FPL stock account ending in 9528** | H | 4,000.00 |
| | | **Professional Bank**<br>**1567 San Remo Avenue**<br>**Coral Gables, Florida 33143**<br>**15,000 shares of stock**<br>**Owned Jointly with Hope Blinski**<br>**Subject to secured claim of Professional Bank (See Schedule D)** | J | 150,000.00 |
| | | **Shareholders Services 3M Company**<br>**PO Box 64856**<br>**St. Paul, MN 55164**<br>**Stock account ending in 1270** | - | 4,000.00 |
| | | **Seligman Data Corp.**<br>**100 Park Avenue**<br>**New York, NY 10017**<br>**Tri Continental Corp stock account ending in 6004** | - | 1,500.00 |
| | | **Ameritrade**<br>**PO Box 2209**<br>**Omaha, NE 68103**<br>**Stock account ending in 7127** | J | 10,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >          1,029,500.00
(Total of this page)

Sheet __2__ of __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Darryl J. Blinski**
_____ ,    Case No. _____
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Mercedes 350E (leased vehicle)** | - | **Unknown** |

Sub-Total >         **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Darryl J. Blinski**
_____,    Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2011 Mercedes E350 (leased vehicle)** | **-** | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Total >    **5,541,530.00**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*Harry P. Stampler, Inc.*

# PERSONAL PROPERTY

# APPRAISAL

## FAIR MARKET VALUE

### Re:

### DARRYL BLINSKI

Prepared for:

## *D. Jean Ryan, Esquire*

# Harry P. Stampler, Inc.

### 1914 Tigertail Boulevard
### Dania, Florida 33004

November 13, 2012

D. Jean Ryan, Esquire
Ryan Law Firm P.A.
8500 S.W. 92 Street
Suite 202
Miami, Florida 33156

Re:    Personal Property Appraisal
         Darryl Blinski

Dear Ms. Ryan

We inspected the personal property located at 3589 Poinciana Avenue, Miami, Florida 33133.

The asset list and photographs are attached with fair market values as follows:

PERSONAL PROPERTY                    $  11,095.00

Looking forward to being of further service.

Very truly yours

**HARRY P. STAMPLER, INC.**

Martin Claire
Vice President
ISA

MC/clc
Enclosures

*Telephone 954.921.8888 ❖ Toll Free 800.330.BIDS ❖ Facsimile 954.342.2080*
*website www.stamplerauctions.com ❖ email info@stamplerauctions.com*
*You'll Profit From Our Experience™*

# STANDARD TERMS AND LIMITING CONDITIONS

1.  A personal inspection of the property being appraised has been made. The values expressed herein are based on the best judgments of the Appraiser and/or Review Appraiser, if applicable.

2.  Neither Harry P. Stampler, Inc., nor any of its employees has any financial interest in the property being appraised.

3.  The fee and/or compensation for this Appraisal Report are not contingent upon the reported values.

4.  This Appraisal is based only on the readily apparent identity of the assets being appraised, unless otherwise stated herein. No further opinion, guarantee, authentication, genuineness, attribution or authorship is made or intended.

5.  Unless otherwise stated herein, no consideration has been given to liens, encumbrances or fractional interests, which may be held against certain of or all of the assets being appraised or against the business as a whole.

6.  This is a valid appraisal as of the dates noted. Said Report is based upon opinions derived from facts and data set forth in the Report and on analysis of the assets being appraised. Any changes in the nature and condition of the assets subsequent to our inspection could change the results of this Report. The values contained should not be considered as a guarantee of any sort.

7.  Without previous written consent, no portion of the Appraisal Report may be reproduced, copied or utilized by any party other than the party that the appraisal was prepared for. Even then, the Report will only be valid if inclusive of all documents, letters, and supporting material originally supplied by the Appraiser.

8.  The Appraiser is not responsible for any unauthorized changes and only said Appraiser or Review Appraiser shall make changes to the Appraisal Report.

9.  This Appraisal Report is prepared for the parties named. In no way does this indicate or certify title to or ownership of the assets being appraised.

10. This Appraisal Report is prepared based on the comprehensive standards and requirements of the International Society of Appraisers (ISA) and the Uniform Standards of Professional Appraisal Practice (USPAP).

11. A Review Appraiser, if applicable, will confirm the adequacy and appropriateness of the report being reviewed.

12. Ordinary wear and tear common to the assets being appraised is not noted. Any serious deficiencies and/or repairs obvious to the Appraiser will be included with the report.

13. No responsibility is assumed for matters of a legal nature. If additional services are requested of the Appraiser and/or Review Appraiser, in conjunction with this Report, (i.e.: Pretrial Conferences, Depositions, Court Appearances, Additional Research and Documentation, etc.) compensation for same shall be at the customary hourly rate charged by the Appraiser at that time. A retainer will be required prior to said work and full and final settlement shall be made immediately upon receipt of a statement for such work.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS

**A. VALUE DEFINITIONS**

1.  **Replacement Value** is primarily an insurance term meaning the cost to replace an item with another having similar qualities within a reasonable amount of time in the relevant market place.  Takes into consideration costs incurred by engaging an interior designer, shipping, and the costs associated with purchasing from a specific source.

    A.  **Replacement cost (new)** is the cost necessary to replace an item of personal property with a NEW item of like kind, quality, and utility.

        1.  Considerations of wear and tear, decay or defects within the property itself (functional obsolescence) and changes external to the property such as changes in style (economic obsolescence) are eliminated by this concept.

        2.  This definition assumes that an exact substitute can be found for property being appraised or recognizes that the item is being upgraded to a newer model, style, etc.

        3.  Replacement cost new is used primarily for items that are still being manufactured and/or are still available on the open market. Examples include general household contents such as lawn mowers, televisions, and sterling silver flatware in a pattern that is still being manufactured.

    B.  **Replacement cost (comparable)** is the cost necessary to replace an item of personal property with a COMPARABLE item of like kind, age, quality, and utility having similar wear and tear, decay or defects, and obsolescence as the items being appraised.

2.  **Reproduction cost** is the total current cost of constructing an exact replica, using the same materials and construction techniques as the original by a qualified artist or craftsman.

3.  **Actual cash value** is an insurance term defined in most states as replacement cost less depreciation.  Depreciation, in this instance, typically refers to an incremental reduction in value based on age/life formulas commonly in use within the insurance industry.  Actual cash value is usually established by the adjuster based on these depreciation standards and guidelines.

    A.  Actual cash value is not applicable to scheduled items such as jewelry, furs, etc.

4.  **Liquidation Values (Auction Values)**

    A.  **LIQUIDATION VALUE** (Auction Value) is the most probable price for which an item would change hands **if sold immediately** without regard to the most appropriate market.  There is not enough time to find an open market and the property is being sold under compulsion, such as a court-ordered sale within three days.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS

B. **AUCTION VALUE** is the most probable price for which an item would change hands between knowledgeable buyers and sellers if sold in an orderly manner, properly advertised, **allowing a reasonable amount of time** to complete the transaction in an appropriate marketplace.

5. **Value in use** is the value of property taking into consideration the extent to which the property contributes to the needs of the owner, or to the success of a business.

6. **Net Value** represents the anticipated net proceeds that would be yielded from an orderly liquidation of property. Net proceeds equal the gross proceeds less costs associated with the sale such as auctioneer's commission, hauling, advertising, taxes, etc.

7. **AUCTION VALUE (FMV)** is a specific hypothetical concept of value defined by a legal or regulatory jurisdiction and varies with individual jurisdictions. It is important that Appraisers understand the FMV definition, which applies to the function (assigned use) being considered and to the jurisdiction within which the Appraiser is operating.

A. FMV, as defined below, is the only value used by the IRS when pertaining to estate tax, gift tax, income tax (including charitable donation deductions), casualty loss, bankruptcy, etc.

B. FMV differs from other types of equitable and fair values in that FMV assumes that the enjoyment of **retained benefits** (to sell and enjoy the proceeds, or to keep and enjoy the use) will continue, i.e. the property is taxed on its value **held** or **unsold**.

C. The following sections define AUCTION VALUE as used by the Federal government in assessing tax liabilities:

1. Internal Revenue Regulation Section 1.170A-1(c)(2) defines **AUCTION VALUE** (FMV) as "The price at which property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts."

    A. Treasury Regulations define AUCTION VALUE in precisely the same terms (Treasury Regulation Section 20.2031-1(b)), but go on to provide guidance on how the **market** is selected for valuation purposes:

        1. "AUCTION VALUE is not to be determined by a forced sale..."

        2. "...Nor is the AUCTION VALUE of an item of property to be determined by the sale price of the item in a *market other than that in which such an item is most commonly sold to the public*..."

        3. "...Taking into consideration the location of the item wherever appropriate."

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS (cont.)

        a.   For art and antiques, the improvement in worldwide communications, travel and transportation have caused the market to become largely international and homogenous. The issue of location is not significant when items can be easily examined and transported anywhere in the world.

B.   Central to this definition is the Appraiser's ability to determine the most appropriate (i.e., active and, therefore, relevant) market. This is referred to as the most common market. The most common market may be at auction, at retail, or at wholesale.

C.   The willing buyer (i.e. buyer) is defined as the retail customer who is the ultimate consumer or the most customary consumer and is not limited to individuals. The public refers only to customary purchasers of an item, not all purchasers. The ultimate consumer is further defined as one who does    not purchase the items for resale, at least in their current form.

    1.   The ultimate consumer, or "public", in the case of a large quantity of low quality unmounted gemstones would be jewelry stores or jewelry manufacturers and not individual consumers. The ultimate consumer for cattle would be a livestock auction, not supermarket shoppers.

    2.   On the other hand, the AUCTION VALUE for a used automobile is the price for which it could be purchased by a member of the general public, not the price for which it would be purchased by a used car dealer whose intent is resale.

D.   The **relevant market** is that market in which the property most commonly sells to the public.

    1.   Individuals might be able to purchase a contemporary artist's work from a gallery, but if they most commonly purchase directly from the artist himself, then that is the relevant market.

    2.   A large number of outdated medical journals were contributed by a taxpayer who was not a dealer in used books; the taxpayer claimed a deduction based on the retail price of new issues. However, the only market available (thus a "consumer sale") to the taxpayer was sale to second-hand book dealer. Accordingly, the court held that AUCTION VALUE should be computed on the price a secondhand book dealer would pay.

E.   The ultimate consumer often has the choice of purchasing at more than one price; however, comparable sales to the ultimate consumer must not consider only the highest price that <u>could</u> be paid but rather the price <u>most commonly</u> paid within that market in which sales most commonly occur.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS (cont.)

F.   The government considers a buyer's premium as a component of the purchase price and, as such, a part of FMV.

1.   FMV represents the amount of money that would be <u>obtained</u> rather than <u>retained</u> (i.e., net) from an arm's-length transaction between willing parties.

G.   The concept of AUCTION VALUE assumes that a **reasonable time** is available in which the transaction can occur.  Allowances are made for such necessities as transporting, cleaning, repair, advertising, and conducting of the sale.  Reasonable time is of sufficient duration that the seller is not under compulsion to sell, i.e. the sale is not considered as being under distress.

8.   **Market value** is similar to FMV except that the lack of compulsion to buy or sell is removed (i.e. the sale will be consummated by a particular date) and the assumption of a sale within a specified time frame is added.

Caution:  In some jurisdictions **market value** and **AUCTION VALUE** are used interchangeably.  The *Uniform Standards of Professional Appraisal Practice (USPAP)* defines market value as:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as a specified date and the passing of title from seller to buyer under conditions whereby:

1.   Buyer and seller are typically motivated,

2.   Both parties are well informed or well advised, and acting in what they consider their best interests,

3.   A reasonable time is allowed for exposure in the open market,

4.   Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto, [In foreign jurisdictions, the use of the local currency should be noted along with appropriate exchange rates used. -Ed.],

5.   The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS (cont.)

**B. MARKET DEFINITIONS**

1. The purpose and function (assigned use) of an appraisal determines the most appropriate market to which the Appraiser must go to find comparable sales. The most appropriate market will depend on what is being sold, the quantity being sold, the quality of the property being sold, and the urgency with which the property must be sold.

   A. The **retail market** is the most common market in which items are sold at retail. Examples are antique shops, art galleries, department stores, discount stores, flea markets, estate tag sales, etc.

   B. The **distress market** is the market in which property is sold within a limited time frame.

   C. The **orderly liquidation market** is the market in which property is regularly sold in an orderly and advertised fashion but for which time constraints apply. Examples are auction galleries, on-site auctions, and estate tag sales.

   D. The **wholesale market** is the market in which wholesalers can sell to the trade and dealers can buy for resale to the public.

2. Markets may vary depending on:

   A. Property condition

   B. Property quantity

   C. Property quality

   D. Urgency to sell

   E. Availability of financing

*Harry P. Stampler, Inc.*

## CERTIFICATE OF APPRAISER

**I certify that:**

1. On October 26, 2012, I, Martin Claire, personally inspected the property appraised;

2. The statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of my knowledge and belief, subject to the limiting conditions set forth;

3. To the best of my knowledge and belief, no pertinent information has been overlooked or withheld; and

4. I have no interest either present or contemplated in the property appraised or in any proceeds to be derived there from.

5. My compensation is not contingent upon any action or event resulting from the analyses, opinions or conclusions in, or the use of, this report;

6. My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practices;

7. No one provided significant professional assistance to the person(s) signing this report.

Signed this 13th day of November, 2012

**Harry P. Stampler, Inc.**

Martin Claire, ISA
Vice President

*USPAP Compliant*

Sworn to and subscribed before me this 13th day of November, 2012

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires:  OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

*Harry P. Stampler, Inc.*

# DARRYL BLINSKI

## PERSONAL PROPERTY APPRAISAL

**DATE OF REPORT:**
November 13, 2012

**ATTORNEY:**
D. Jean Ryan, Esquire

**CLIENT / LOCATION:**
Darryl Blinski
3589 Poinciana Avenue
Miami, Florida 33133

**EFFECTIVE DATE OF APPRAISAL:**
October 26, 2012

**FAIR MARKET VALUATIONS OF PROPERTY:**

**PERSONAL PROPERTY**.................................................................$ 11,095.00

Martin Claire
Senior ISA Appraiser
November 13, 2012

*USPAP Compliant*

Sworn to and subscribed before me this 13th day of November, 2012

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires:   OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

9 of 13

*Harry P. Stampler, Inc.*

## DARRYL BLINSKI

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|---------------------------|
| **ENTRY** | | | **865.00** |
| 1 | 1 | 4 PIECE WOOD WALL HANGING - MAN & WOMAN - BY ALPERS | 500.00 |
| 2 | 3 | FRAMED SMALL BLACK & WHITE PRINTS | 30.00 |
| 3 | 1 | HALF ROUND GLASS TOP TABLE WITH MODERN WOOD BASE | 150.00 |
| 4 | 1 | MULTI-COLOR AREA RUG - 5'x8' | 100.00 |
| 5 | 1 | QUICK BICYCLE | 75.00 |
| 6 | 1 | BLUE & WHITE CERAMIC STAND | 10.00 |
| **LIVING ROOM** | | | **2,720.00** |
| 7 | 1 | WOOD STORAGE CHEST | 15.00 |
| 8 | 1 | WOOD AFRICAN FIGURE - 19" TALL | 40.00 |
| 9 | 2 | FRAMED LITHOGRAPHS - GRETA GARBO - SIGNED RUPERT SMITH - NUMBERED 27 / 30 - 3'x4' | 1,000.00 |
| 10 | 1 | MODERN WHITE LEATHER SOFA | 400.00 |
| 11 | 2 | WOOD BARREL FRAME CHAIRS WITH GOLD FABRIC | 200.00 |
| 12 | 2 | WOOD FRAME ARM CHAIRS WITH GOLD FABRIC | 150.00 |
| 13 | 1 | MARBLE TOP COCKTAIL TABLE - 4'x4' | 250.00 |
| 14 | 1 | TREE IN POT - 10' TALL | 75.00 |
| 15 | 1 | JUTE AREA RUG - 12'x12' - WORN | 100.00 |
| 16 | 2 | BRASS GOOSE NECK FLOOR LAMPS | 50.00 |
| 17 | 1 | ROUND MODERN WOOD SIDE TABLE | 25.00 |
| 18 | 1 | METAL FIGURINE - 3 FIGURES - 12" TALL | 30.00 |
| 19 | 1 | METAL STAND HOLDING BOOK | 20.00 |
| 20 | 1 | ORCHID PLANT IN POT | 15.00 |
| 21 | 1 | LUCITE SCULPTURE ON PEDESTAL - MODERN FORM - NOT SIGNED - 5' TALL | 150.00 |
| 22 | 1 | CERAMIC WALL HANGING - 14 MASKS | 200.00 |
| **DINING ROOM** | | | **860.00** |
| 23 | 1 | MODERN PAINTING - GEOMETRIC - RED & MULTI-COLORS - 5'x8' | 400.00 |
| 24 | 1 | GLASS TOP DINING TABLE ON GREEN PEDESTAL - 4'x8' | 200.00 |
| 25 | 4 | SLATTED WOOD CHAIRS | 160.00 |
| 26 | 1 | WHITE PLASTIC WALL HANGING - NUDE TORSO - CRACKED | 100.00 |
| **HALL** | | | **195.00** |
| 27 | 1 | TAPESTRY - MULTI-COLOR MODERN DESIGN - 4'x6' | 75.00 |
| 28 | 1 | FRAMED BLACK & WHITE PHOTOGRAPHS - SINATRA & PRAY - NUMBERED 21 / 50 | 120.00 |
| **DEN** | | | **1,375.00** |
| 29 | 4 | CHROME BASE BAR STOOLS WITH BLACK FABRIC | 80.00 |
| 30 | 2 | WHITE LACQUER SIDE TABLES | 40.00 |
| 31 | 1 | TAN FABRIC 4 PIECE SECTIONAL SOFA | 300.00 |
| 32 | 2 | METAL FRAME CHAIRS WITH TAN FABRIC | 50.00 |

*Harry P. Stampler, Inc.*

## DARRYL BLINSKI

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|---|---|---|---|
| 33 | 1 | METAL BASE SIDE TABLE WITH GLASS TOP | 25.00 |
| 34 | 1 | BROWN LACQUER COCKTAIL TABLE | 100.00 |
| 35 | 1 | LITHOGRAPH - CECELIA IN DIRECTOR CHAIR - SIGNED HOCKNEY '80 - NUMBERED 39/150 | 200.00 |
| 36 | 1 | DRUM END TABLE | 30.00 |
| 37 | 1 | FIGURINE - AFRICAN WOMEN | 50.00 |
| 38 | 1 | SONY 32" TELEVISION | 150.00 |
| 39 | 1 | SONY DVD PLAYER | 25.00 |
| 40 | 1 | DOCKING STATION | 30.00 |
| 41 | 1 | LOT BRIC-A-BRAC, BOOKS, ETC. - CONTENTS OF WALL UNIT | 100.00 |
| 42 | 1 | SILVER PLATED TEA SET | 50.00 |
| 43 | 1 | SHAG RUG - 12'x12' | 100.00 |
| 44 | 1 | BRASS GOOSE NECK FLOOR LAMP | 25.00 |
| 45 | 1 | METAL FIGURINE - 12" | 20.00 |

**KITCHEN**

| | | | |
|---|---|---|---|
| 46 | 1 | LOT POTS, PANS, DISHES, GLASSWARE, SMALLWARES, UTENSILS, BRIC-A-BRAC, ETC. | 215.00 / 150.00 |
| 47 | 1 | BREVILLE JUICER | 20.00 |
| 48 | 1 | MR COFFEE COFFEE MAKER | 10.00 |
| 49 | 1 | CUISINART TOASTER | 5.00 |
| 50 | 1 | MULTI-COLOR AREA RUG - 3'x5' | 30.00 |

**HALL**

| 51 | 1 | GREEN & WHITE PAINTING - FLORAL - BY WIFE | 50.00 / 50.00 |

**LAUNDRY ROOM**

| 52 | 1 | WHIRLPOOL WHITE WASHING MACHINE - OLD | 400.00 / 150.00 |
| 53 | 1 | WHIRLPOOL WHITE DRYER - OLD | 150.00 |
| 54 | 2 | SILVER PLATED CANDLESTICKS | 40.00 |
| 55 | 20 | ASSORTED BRIC-A-BRAC | 60.00 |

**BEDROOM #1**

| 56 | 1 | FULL SIZE BED WITH BEDDING | 635.00 / 200.00 |
| 57 | 1 | CHROME BASE SWIVEL ARM CHAIRS WITH BLACK LEATHER | 50.00 |
| 58 | 1 | MAC COMPUTER SYSTEM | 150.00 |
| 59 | 1 | SONY 27" TELEVISION | 75.00 |
| 60 | 1 | HP PRINTER | 25.00 |
| 61 | 1 | WHITE PAINTED STORAGE CHEST | 20.00 |
| 62 | 1 | FLOOR LAMP | 15.00 |
| 63 | 1 | LOT CLOTHING, ACCESSORIES, ETC. - IN CLOSET | 25.00 |
| 64 | 1 | PAINTING - FLORAL - BY WIFE - NO COMMERCIAL VALUE | 75.00 |

*Harry P. Stampler, Inc.*

## DARRYL BLINSKI

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|-------------------------|
| **OUTSIDE** | | | |
| 65 | 1 | WICKER LOVE SEAT - WORN | 245.00 |
| 66 | 2 | WICKER CLUB CHAIRS - WORN | 50.00 |
| 67 | 1 | WICKER COCKTAIL TABLE - WORN | 50.00 |
| 68 | 2 | ARMCHAIRS WITH OTTOMANS - OLD / POOR CONDITION | 20.00 |
| 69 | 3 | LARGE PLANTS IN POTS | 30.00 |
| 70 | 1 | DUCANE STAINLESS STEEL PROPANE BAR-B-QUE | 45.00 |
| | | | 50.00 |
| **GARAGE** | | | |
| 71 | 1 | LOT ARTIST SUPPLIES, CANVASES, OLD PICTURES, PAINT, ETC - BELONGS TO WIFE FOR ARTWORK  HOBBY | 290.00 |
| | | | 100.00 |
| 72 | 1 | LOT ASSORTED SUITCASES | 75.00 |
| 73 | 8 | WICKER FOLDING CHAIRS | 40.00 |
| 74 | 1 | SET GOLF CLUBS - OLD | 25.00 |
| 75 | 1 | LOT HOUSEHOLD ITEMS, TOOLS, ETC. | 50.00 |
| **BATHROOM** | | | |
| 76 | 5 | ASSORTED FRAMED PRINTS | 75.00 |
| 77 | 1 | LOT BRIC-A-BRAC | 50.00 |
| | | | 25.00 |
| **HALL - SECOND FLOOR** | | | |
| 78 | 2 | WICKER ARM CHAIRS | 375.00 |
| 79 | 1 | FRAMED PRINT - WOMEN - 30"x48" | 30.00 |
| 80 | 1 | MODERN SOFA WITH ZEBRA PATTERN FABRIC | 100.00 |
| 81 | 1 | IRON STAND | 200.00 |
| 82 | 1 | PAINTING - BY WIFE - GLUED TO WALL | 20.00 |
| 83 | 1 | LOT TOYS, GAMES, ETC. - CONTENTS OF CLOSET | 0.00 |
| | | | 25.00 |
| **BEDROOM #2** | | | |
| 84 | 1 | QUASAR 21" TELEVISION / VCR COMBO - OLD | 460.00 |
| 85 | 1 | ELNA SEWING MACHINE - OLD | 20.00 |
| 86 | 1 | WHITE PAINTED DESK | 30.00 |
| 87 | 1 | BROWN LEATHER CHAIR | 40.00 |
| 88 | 1 | FULL SIZE BED WITH BEDDING | 25.00 |
| 89 | 1 | PAINTED WHITE WICKER CHEST WITH DRAWERS | 200.00 |
| 90 | 1 | FRAMED LITHOGRAPH - DRAWING | 15.00 |
| 91 | 1 | WOOD SHELVING UNIT - ON WALL | 50 |
| 92 | 1 | LOT CLOTHING, ACCESSORIES, ETC. - CONTENTS OF CLOSET | 10.00 |
| 93 | 2 | SMALL PRINTS - IN BATHROOM | 60.00 |
| | | | 10.00 |
| **BEDROOM #3** | | | |
| 94 | 1 | FULL SIZE BED WITH BEDDING | 620.00 |
| 95 | 1 | CHEST | 200.00 |
| 96 | 1 | GOOSE NECK FLOOR LAMP | 20.00 |
| | | | 25.00 |

*Harry P. Stampler, Inc.*

## DARRYL BLINSKI

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|------------------------|
| 97 | 1 | TABLE LAMP | 10.00 |
| 98 | 1 | WOOD WALL HANGING | 100.00 |
| 99 | 1 | DARK WOOD CABINET WITH 2 DOORS | 75.00 |
| 100 | 1 | FRAMED BLACK & WHITE PHOTOGRAPH - GRAND CENTRAL STATION | 30.00 |
| 101 | 1 | FRAMED MODERN MULTI-COLOR LITHOGRAPH - ARTIST PROOF | 100.00 |
| 102 | 1 | BEAN BAG SEAT | 10.00 |
| 103 | 1 | LOT CLOTHING, ACCESSORIES & ASSORTED ITEMS - CONTENTS OF CLOSET | 50.00 |
| | | | |
| | | **MASTER BEDROOM** | 1,645.00 |
| 104 | 1 | KING SIZE BED WITH METAL HEAD BOARD & BEDDING | 400.00 |
| 105 | 2 | METAL NIGHT STANDS | 120.00 |
| 106 | 1 | PANASONIC 27" TELEVISION - OLD | 25.00 |
| 107 | 2 | LUCITE TABLE LAMPS | 30.00 |
| 108 | 1 | FRAMED BLACK & WHITE LITHOGRAPH - NUMBERED 30/50 - 30"x36" | 150.00 |
| 109 | 1 | PLANT IN POT | 15.00 |
| 110 | 1 | WICKER BASKET | 10.00 |
| 111 | 2 | WHITE LEATHER CLUB CHAIRS | 200.00 |
| 112 | 1 | ROUND MODERN DARK LACQUER TABLE | 30.00 |
| 113 | 1 | BLACK METAL FIGURINE | 15.00 |
| 114 | 1 | INDIAN PRINT AREA RUG - 4'x6' | 50.00 |
| 115 | 1 | LOT MENS CLOTHING, ACCESSORIES, ETC. | 200.00 |
| 116 | 1 | LOT WOMENS CLOTHING, ACCESSORIES, ETC. | 400.00 |
| | | | |
| | | **MASTER BATHROOM** | 70.00 |
| 117 | 3 | ASSORTED FRAMED PRINTS | 45.00 |
| 118 | 2 | CERAMIC POTS | 10.00 |
| 119 | 1 | SMALL FRAMED PAINTING | 15.00 |
| | | | |
| | | **TOTAL FAIR MARKET VALUE** | **11,095.00** |

*Harry P. Stampler, Inc.*

B6C (Official Form 6C) (4/10)

.

In re    **Darryl J. Blinski**                                                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                     *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead/Residence** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat.** | **100% of FMV** | **1,200,000.00** |
| **3589 Poinciana Avenue** | **Ann. §§ 222.01 & 222.02** | | |
| **Miami, Florida 33133** | **Fla. Stat. § 2.01; (Tenancy by** | **100% of FMV** | |
| **Folio #01-4121-013-0491** | **Entireties).** | | |
| **Property to be retained** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Executive Bank** | **Fla. Stat. Ann. § 222.11(2)(a)** | **100% of FMV** | **1,000.00** |
| **9600 N Kendall Drive** | **Fla. Stat. § 2.01 (Tenancy by** | **100% of FMV** | |
| **Miami, FL 33176** | **Entireties).** | | |
| **Checking account ending in 2807** | | | |
| | | | |
| **Professional Bank of Miami** | **Fla. Stat. § 2.01 (Tenancy by** | **100% of FMV** | **0.00** |
| **1567 San Remo Avenue** | **Entireties).** | | |
| **Miami, FL 33146** | | | |
| **Checking account ending in 0404** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Appraised Value** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **11,030.00** |
| **(copy of appraisal attached hereto)** | **Fla. Stat. § 2.01 (Tenancy by** | **100% of FMV** | |
| | **Entireties).** | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **First Colony Life Insurance Company** | **Fla. Stat. Ann. § 222.13** | **100% of FMV** | **1,000,000.00** |
| **700 Main Street** | **Fla. Stat. Ann. § 222.14** | **100% of FMV** | |
| **Lynchburg, VA 24504** | | | |
| **Policy ending in 6764** | | | |
| **$48,000.00 cash or surrender value** | | | |
| **Debtor is the owner of policy, his wife is the** | | | |
| **beneficiary.** | | | |
| | | | |
| **Protective Life fka Chase Insurance Life &** | **Fla. Stat. Ann. § 222.14** | **100% of FMV** | **2,000,000.00** |
| **Annity Co** | **Fla. Stat. Ann. § 222.13** | **100% of FMV** | |
| **PO Box 12687** | | | |
| **Birmingham, AL 35202** | | | |
| **Policy ending in 0044** | | | |
| **Debtor is the owner of the policy, his sons are** | | | |
| **the beneficiaries.** | | | |
| | | | |
| **Reliastar Life Insurance Co** | **Fla. Stat. Ann. § 222.14** | **100% of FMV** | **1,500,000.00** |
| **20 Washington Avenue** | **Fla. Stat. Ann. § 222.13** | **100% of FMV** | |
| **PO Box 20** | | | |
| **Minneapolis, MN 55440** | | | |
| **Policy ending in 170X** | | | |
| **Debtor is owner of the policy, his wife is the** | | | |
| **beneficiary.** | | | |

  _1_  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Darryl J. Blinski**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Campbell Capital Mgmt Inc.**<br>**9400 S Dadeland Blvd**<br>**Suite 111**<br>**Miami, FL 33156**<br>**IRA account numbers ending in 4322 and 5314**<br>**Debtor is the owner of the account, his wife is**<br>**the beneficiary.** | **Fla. Stat. Ann. § 222.21(2)** | **100% of FMV** | **860,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Professional Bank**<br>**1567 San Remo Avenue**<br>**Coral Gables, Florida 33143**<br>**15,000 shares of stock**<br>**Owned Jointly with Hope Blinski**<br>**Subject to secured claim of Professional Bank**<br>**(See Schedule D)** | **Fla. Stat. § 2.01 (Tenancy by Entireties).** | **100% of FMV** | **150,000.00** |
| **Ameritrade**<br>**PO Box 2209**<br>**Omaha, NE 68103**<br>**Stock account ending in 7127** | **Fla. Stat. § 2.01 (Tenancy by Entireties).** | **100% of FMV** | **10,000.00** |

|  | Total: | **9,037,197.00** | **6,732,030.00** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re   **Darryl J. Blinski**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6886**<br><br>**Chase**<br>**PO Box 24696**<br>**Columbus, OH 43224-9136** | X | J | **4/1998**<br>**First Mortgage**<br>**Homestead/Residence**<br>**3589 Poinciana Avenue**<br>**Miami, Florida 33133**<br>**Folio #01-4121-013-0491**<br>**Property to be retained** | | | | | |
| | | | Value $                     **1,200,000.00** | | | | **478,000.00** | **0.00** |
| Account No. **xxxxxxxx8272**<br><br>**Chase**<br>**PO Box 24696**<br>**Columbus, OH 43224-9136** | X | J | **2003**<br>**Second Mortgage**<br>**Homestead/Residence**<br>**3589 Poinciana Avenue**<br>**Miami, Florida 33133**<br>**Folio #01-4121-013-0491**<br>**Property to be retained** | | | | | |
| | | | Value $                     **1,200,000.00** | | | | **232,611.27** | **0.00** |
| Account No.<br><br>**Independent Bankers Bank**<br>**615 Cresent Executive Ct**<br>**Suite 400**<br>**Lake Mary, FL 32746-2123** | | J | **Physical Possession of stock**<br>**Professional Bank**<br>**1567 San Remo Avenue**<br>**Coral Gables, Florida 33143**<br>**15,000 shares of stock**<br>**Owned Jointly with Hope Blinski**<br>**Independent Bankers Bank has**<br>**possession of the stock.** | | | | | |
| | | | Value $                     **150,000.00** | | | | **105,000.00** | **0.00** |
| Account No. **xxxxxx4626**<br><br>**Mercedes Benz Financial Services**<br>**PO Box 5209**<br>**Carol Stream, IL 60197-5209** | | - | **3/2012**<br><br>**Auto Lease**<br><br>**2012 Mercedes 350E**<br>**(leased vehicle)** | | | | | |
| | | | Value $                     **Unknown** | | | | **21,721.83** | **Unknown** |

| **1**    continuation sheets attached | Subtotal<br>(Total of this page) | **837,333.10** | **0.00** |
|---|---|---|---|

**B6D (Official Form 6D) (12/07) - Cont.**

In re      **Darryl J. Blinski**                                                                      ,          Case No. _____
_____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx3763** | | | | | **Auto Lease** | | | | | |
| **Mercedes Benz Financial Services** **PO Box 5209** **Carol Stream, IL 60197-5209** | - | | | | **2011 Mercedes E350 (leased vehicle)** | | | | | |
| | | | | | Value $                **Unknown** | | | | **8,832.88** | **Unknown** |
| Account No. | | | | | 1/2009 | | | | | |
| **Professional Bank** **1567 San Remo Avenue** **Coral Gables, FL 33146** | X | - | | | **UCC Filing** **Personally guaranty - Line of Credit on equipment and payments of Blinski Plastic Surgery, LLC** | | | | | |
| | | | | | Value $              **100,000.00** | | | | **199,000.00** | **99,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 207,832.88 | 99,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,045,165.98 | 99,000.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Darryl J. Blinski**                                                                ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __Darryl J. Blinski_____,    Case No. _____
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxxxx-x2005**<br><br>**American Express Business Blue Card**<br>**PO Box 650048**<br>**Dallas, TX 75265-0448** | X | - | | | **Business Debt/Corporate Card (Charge Account)**<br>**(account paid in full every month)** | | | | 3,000.00 |
| Account No. **xxxx-xxxxxx-x2005**<br><br>**American Express Centurion**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | X | - | | | **2012**<br>**Business Debt/Corporate Card (Charge Account)**<br>**(account paid in full every month)** | | | | 8,000.00 |
| Account No. **xxxx-xxxx-xxxx-7770**<br><br>**Capital One Visa**<br>**PO Box 71083**<br>**Charlotte, NC 28273-1083** | X | - | | | **1998**<br>**Business Debt (Charge Account)** | | | | 7,000.00 |
| Account No. **xxxx-xxxx-xxxx-3494**<br><br>**Chase Slate Visa**<br>**Card Member Services**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | | | J | | **Charge Account** | | | | 6,000.00 |
| | | | | | | Subtotal<br>(Total of this page) | | | 24,000.00 |

__2___ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darryl J. Blinski**                                                              , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>Duane Morris LLP<br>30 South 17 Street<br>Suite 3400<br>Philadelphia, PA 19103-4196 | - | | 2010<br>Legal Fees | | | X | 8,000.00 |
| Account No.<br><br>Gregory C. Lovaas<br>895 SW 29 Terrace<br>Palm City, FL 34990 | - | | Co-defendant in law suit filed by Regions Bank | | | X | 0.00 |
| Account No.<br><br>Johanna Dehlinger<br>80 Hanna Lane<br>Waldoboro, ME 04572 | X - | | 2010<br>Business Debt (settlement in medical case) | | | | 19,000.00 |
| Account No.<br><br>Plaza San Remo Condo Assoc, Inc.<br>O. Ford Gibson, Registered Agent<br>7000 SW 97 Avenue<br>Suite 210<br>Miami, FL 33173 | - | | Co-defendant in law suit filed by Regions Bank | | | X | 0.00 |
| Account No.<br><br>Regions Bank<br>2800 Ponce de Leon Blvd<br>Coral Gables, FL 33134 | X - | | 12/2007<br>Deficiency on business property located at 6705 SW 57 Avenue, Suite 412, Miami, Florida 33143, foreclosed December 29, 2011 | | | | 500,000.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of                                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)        527,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darryl J. Blinski**                                              ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Regions Bank** **Michael J. Ryan, Esq.** **PO Box 14909** **North Palm Beach, FL 33408** | - | | | | | X | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Sound Garden** **PO Box 2028** **Woodstock, GA 30188** | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 551,000.00 |

B6G (Official Form 6G) (12/07)

.

In re    **Darryl J. Blinski**                                                              ,                    Case No. _____
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Mercedes Benz Financial Services**<br>**PO Box 5209**<br>**Carol Stream, IL 60197-5209** | **Auto Lease(s)** |
| **MyLooks Miami, LLC**<br>**Vicky Alex, COO**<br>**1007 N. Federal Highway**<br>**Suite 1422**<br>**Fort Lauderdale, FL 33304** | **Professional Services Agreement** |
| **MyLooks Miami, LLC**<br>**1007 N. Federal Highway**<br>**Suite 1422**<br>**Fort Lauderdale, FL 33304** | **Asset License Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Darryl J. Blinski**                                                                                                , Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clinic of Cosmetic Surgery, Inc.**<br>6705 SW 57 Avenue<br>Suie 412<br>Miami, FL 33146 | **Professional Bank**<br>1567 San Remo Avenue<br>Coral Gables, FL 33146 |
| **Clinic of Cosmetic Surgery, LLC**<br>6705 SW 57 Avenue<br>Suie 412<br>Miami, FL 33146 | **Regions Bank**<br>2800 Ponce de Leon Blvd<br>Coral Gables, FL 33134 |
| **Darryl Blinski, M.D., PA**<br>6705 SW 57 Avenue<br>Suite 412<br>Miami, FL 33146 | **American Express Centurion**<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| **Darryl J Blinski, M.D., PA**<br>6705 SW 57 Avenue<br>Suite 412<br>Miami, FL 33146 | **Capital One Visa**<br>PO Box 71083<br>Charlotte, NC 28273-1083 |
| **Darryl J Blinski, M.D., PA**<br>6705 SW 57 Avenue<br>Suite 412<br>Miami, FL 33146 | **American Express Business Blue Card**<br>PO Box 650048<br>Dallas, TX 75265-0448 |
| **Darryl J Blinski, M.D., PA**<br>6705 SW 57 Avenue<br>Suite 412<br>Miami, FL 33146 | **Johanna Dehlinger**<br>80 Hanna Lane<br>Waldoboro, ME 04572 |
| **Hope Blinski**<br>2589 Poinciana Avenue<br>Miami, FL 33133 | **Chase**<br>PO Box 24696<br>Columbus, OH 43224-9136 |
| **Hope Blinski**<br>2589 Poinciana Avenue<br>Miami, FL 33133 | **Chase**<br>PO Box 24696<br>Columbus, OH 43224-9136 |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __**Darryl J. Blinski**_____    Case No. _____
                           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Doctor** | |
| Name of Employer | **MyLooks Miami, LLC** | **Unemployed** |
| How long employed | **1 month** | |
| Address of Employer | **6330 Manor Drive** **Suite 100** **Miami, FL 33143** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **11,311.30** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **11,311.30** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **3,211.17** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **3,211.17** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **8,100.13** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **8,100.13** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **8,100.13** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Darryl J. Blinski** _____    Case No. _____

                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,266.00 |
| a. Are real estate taxes included?                Yes ___         No **X** | | |
| b. Is property insurance included?                Yes ___         No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 400.00 |
|               b. Water and sewer | $ | 90.00 |
|               c. Telephone | $ | 200.00 |
|               d. Other **See Detailed Expense Attachment** | $ | 377.47 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 36.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 316.67 |
|               b. Life | $ | 2,163.87 |
|               c. Health | $ | 0.00 |
|               d. Auto | $ | 183.67 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify)   **Real Estate taxes** | $ | 958.33 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 1,102.00 |
|               b. Other | $ | 0.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Personal Grooming** | $ | 50.00 |
|      Other   **Medications** | $ | 100.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,994.01 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 8,100.13 |
| b.   Average monthly expenses from Line 18 above | $ | 9,994.01 |
| c.   Monthly net income (a. minus b.) | $ | -1,893.88 |

**B6J (Official Form 6J) (12/07)**

In re   **Darryl J. Blinski**                                         Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable/Satellite | $ | 77.47 |
| Cell Phone | $ | 300.00 |
| **Total Other Utility Expenditures** | $ | 377.47 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Darryl J. Blinski**                        Case No.  _____
                                 Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **35**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 27, 2012**            Signature    **/s/ Darryl J. Blinski**
                                              **Darryl J. Blinski**
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Darryl J. Blinski**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
$100,710.00

$46,570.00

SOURCE
**2011:  Joint - Employment/Operation of Business (from income tax return)**

**2010:  Joint - Employment/Operation of Business (from income tax return)**

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
$61,875.00

SOURCE
**2011:  Joint - IRA Distribution ($60,000.00)**
**Interest and Dividend Income ($1,875.00) (from income tax return)**

---

| AMOUNT | SOURCE |
|---|---|
| $101,551.00 | 2010:  Joint - IRA Distribution $100,000.00<br>Interest and Dividend Income $1,551.00<br>(from income tax return) |

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Johanna Dechingrd**<br>**80 Hanna Lane**<br>**Waldoboro, ME 04572** | **Regular payments of**<br>**$1,000.00 per month.** | **$3,000.00** | **$20,000.00** |
| **Chase**<br>**PO Box 24696**<br>**Columbus, OH 43224-9136** | **Regular mortgage**<br>**payments of $2,633.00 per**<br>**month.** | **$7,899.00** | **$478,000.00** |
| **Chase**<br>**PO Box 24696**<br>**Columbus, OH 43224-9136** | **Regular mortgage**<br>**payments of $633.00 per**<br>**month.** | **$1,899.00** | **$232,611.27** |
| **Mercedes Benz Financial Services**<br>**PO Box 5209**<br>**Carol Stream, IL 60197-5209** | **Regular auto lease**<br>**payments of $618.00 per**<br>**month** | **$1,854.00** | **$21,721.83** |
| **Mercedes Benz Financial Services**<br>**PO Box 5209**<br>**Carol Stream, IL 60197-5209** | **Regular auto lease**<br>**payments of $484.00 per**<br>**month** | **$1,452.00** | **$8,832.88** |
| **Florida Power & Light Co.**<br>**General Mail Facility**<br>**Miami, FL 33188** | **Regular utility payments of**<br>**approx. $400.00 per month** | **$1,200.00** | **$0.00** |
| **Telephone service** | **Regular monthly payments**<br>**of approx. $200.00 per**<br>**month for telephone**<br>**service.** | **$600.00** | **$0.00** |
| **Cellular phone service** | **Regular montly payments**<br>**of approx. $300.00 per**<br>**month for cellular phone**<br>**service.** | **$900.00** | **$0.00** |
| **American Express Business Blue Card**<br>**PO Box 650048**<br>**Dallas, TX 75265-0448** | **Regular monthly payments.** | **$3,500.00** | **$4,000.00** |
| **American Express Centurion**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | **Regular monthly payments.** | **$18,673.37** | **$4,000.00** |

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Regions Bank vs. Clinic of Cosmetic Surgery, LLC, et al., Case No.: 11-05803 CA 11** | **Foreclosure** | **In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida** | **Summary Final Judgment of Foreclosure entered December 29, 2011 Certificate of Title issued March 13, 2012** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Regions Bank 2800 Ponce de Leon Blvd Coral Gables, FL 33134** | **12/29/2011** | **Business office located at 6705 SW 57 Avenue, Suite 312, Miami, Florida 33143, foreclosed December 29, 2011.** |

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B 7 (12/12)                                                                                                                    4

### 6. Assignments and receiverships

None  
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Temple Judea**<br>**5500 Granada Blvd**<br>**Coral Gables, FL 33146** | | **Monthly** | **$2,400.00 per year (paid in monthly payments)** |
| **Mr. & Mrs. Josh Cromer**<br>**30 W 63 Street**<br>**Apt 20K**<br>**New York, NY 10023** | | **October 2012** | **$300.00 wedding present** |

### 8. Losses

None  
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None  
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ryan Law Firm, P.A.**<br>**8500 SW 92 Street**<br>**Suite 202**<br>**Miami, FL 33156** | **10/19/2012** | **$4,500.00** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Darryl J. Blinski**<br>**3589 Poinciana Avenue**<br>**Miami, FL 33133** | **2011** | **Withdrawl from IRA of $60,000.00** |
| **Darryl J. Blinski**<br>**3589 Poinciana Avenue**<br>**Miami, FL 33133** | **2010** | **Withdrawl from IRA of $100,000.00** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Executive National Bank**<br>**9600 N Kendall Drive**<br>**Miami, FL 33176** | **Darryl J Blinski, MD, PA, checking account ending in 3106** | **3/22/2012 - $2,363.24** |
| **Professional Bank**<br>**1567 San Remo Avenue**<br>**Coral Gables, FL 33146** | **Darryl J Blinski, MD, PA, account ending in 6079** | **8/7/2012 - $2,013.06** |
| **Professional Bank**<br>**1567 San Remo Avenue**<br>**Coral Gables, FL 33146** | **Clinic of Cosmetic Surgery account ending in 7932** | **7/30/2012  - $4,361.44** |

---

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B 7 (12/12)                                                                                                              6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B 7 (12/12)                                                                                                    7

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Blinski Family Holdings, LLC** | **Applied** | **3589 Poinciana Avenue Miami, FL 33133** | **Although this company is still active with the state, this company never operated.** | **9/24/2009 to present** |
| **3201 Beachwood Condominium LLC** | **Applied** | **3589 Poinciana Avenue Miami, FL 33133** | **Although this company is still active with the state, this company never operated.** | **9/24/2009 to present** |
| **Clinic of Cosmetic Surgery, LLC** | **83-0471781** | **6705 SW 57 Avenue Suite 412 Miami, FL 33143** | **Medical Practice (owner of building that was foreclosed)** | **2/1/2007 to 2/27/2012** |
| **Clinic of Cosmetic Surgery, Inc.** | **02-0663453** | **6705 SW 57 Avenue Suite 412 Miami, FL 33143** | **Medical Practice (management of operating room)** | **12/19/2002 to 2/27/2012** |
| **Darryl Blinski, M.D., PA** | **59-2136802** | **6705 SW 57 Avenue Suite 412 Miami, FL 33146** | **Medical Practice** | **8/24/1981 to 9/28/2012** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                               ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B 7 (12/12)                                                                                                                    8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Binstock, Rubin, Adler, et al.** | **1980 to present** |
| **9100 S Dadeland Blvd** | |
| **Suite 1600** | |
| **Miami, FL 33156** | |

None  
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None  
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Binstock, Rubin, Adler, et al.** | **9100 S Dadeland Blvd** |
| | **Suite 1600** |
| | **Miami, FL 33156** |

None  
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Professional Bank** | **10/20/2012** |
| **1567 San Remo Avenue** | |
| **Miami, FL 33146** | |

**20. Inventories**

None  
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None  
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None  
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B 7 (12/12)                                                                                                                          9

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                           TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                              DATE AND PURPOSE               AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                     OF WITHDRAWAL                  OR DESCRIPTION AND
                                                                         VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 27, 2012**          Signature  **/s/ Darryl J. Blinski**
                                                 **Darryl J. Blinski**
                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Darryl J. Blinski** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Homestead/Residence**<br>**3589 Poinciana Avenue**<br>**Miami, Florida 33133**<br>**Folio #01-4121-013-0491**<br>**Property to be retained** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Homestead/Residence**<br>**3589 Poinciana Avenue**<br>**Miami, Florida 33133**<br>**Folio #01-4121-013-0491**<br>**Property to be retained** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Independent Bankers Bank** | **Describe Property Securing Debt:**<br>**Professional Bank**<br>**1567 San Remo Avenue**<br>**Coral Gables, Florida 33143**<br>**15,000 shares of stock**<br>**Owned Jointly with Hope Blinski**<br>**Independent Bankers Bank has possession of the stock.** |

Property will be (check one):
   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                  ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Mercedes Benz Financial Services** | **Describe Property Securing Debt:**<br>**2012 Mercedes 350E**<br>**(leased vehicle)** |

Property will be (check one):
   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                  ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Mercedes Benz Financial Services** | **Describe Property Securing Debt:**<br>**2011 Mercedes E350**<br>**(leased vehicle)** |

Property will be (check one):
   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                  ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                           Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Professional Bank** | **Describe Property Securing Debt:**<br>**Personally guaranty - Line of Credit on equipment and**<br>**payments of Blinski Plastic Surgery, LLC** |

Property will be (check one):

■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>**December 27, 2012**</u>       Signature  <u>**/s/ Darryl J. Blinski**</u>
                                              **Darryl J. Blinski**
                                              Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Darryl J. Blinski**

Debtor(s)

Case No. _____

Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Darryl J. Blinski** | X **/s/ Darryl J. Blinski** | **December 27, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Southern District of Florida

In re  **Darryl J. Blinski**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **December 27, 2012**

**/s/ Darryl J. Blinski**

**Darryl J. Blinski**
Signature of Debtor

```
Trans Union Corp.
P.O. Box 1000
Chester, PA 19022


Equifax
POB 740241
Atlanta, GA 30374


Internal Revenue Service
Special Procedures-Insolvency
7850 SW 6th Court
Stop 5730
Plantation, FL 33324


Internal Revenue Service
Special Procedures-Insolvency
7850 SW 6th Court
Stop 5730
Plantation, FL 33324


Attorney General of the United States
Dept. of Justice, Room 4400
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


United States Attorney
99 N.E. 4th Street
Miami, FL 33132


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


Innovis
POB 1640
Pittsburgh, PA 15230


American Express Business Blue Card
PO Box 650048
Dallas, TX 75265-0448


American Express Centurion
PO Box 650448
Dallas, TX 75265-0448
```

Capital One Visa
PO Box 71083
Charlotte, NC 28273-1083


Chase
PO Box 24696
Columbus, OH 43224-9136


Chase Slate Visa
Card Member Services
PO Box 94014
Palatine, IL 60094-4014


Clinic of Cosmetic Surgery, Inc.
6705 SW 57 Avenue
Suie 412
Miami, FL 33146


Clinic of Cosmetic Surgery, LLC
6705 SW 57 Avenue
Suie 412
Miami, FL 33146


Darryl Blinski, M.D., PA
6705 SW 57 Avenue
Suite 412
Miami, FL 33146


Darryl J Blinski, M.D., PA
6705 SW 57 Avenue
Suite 412
Miami, FL 33146


Duane Morris LLP
30 South 17 Street
Suite 3400
Philadelphia, PA 19103-4196


Gregory C. Lovaas
895 SW 29 Terrace
Palm City, FL 34990


Hope Blinski
2589 Poinciana Avenue
Miami, FL 33133

Independent Bankers Bank
615 Cresent Executive Ct
Suite 400
Lake Mary, FL 32746-2123


Johanna Dehlinger
80 Hanna Lane
Waldoboro, ME 04572


Mercedes Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209


MyLooks Miami, LLC
Vicky Alex, COO
1007 N. Federal Highway
Suite 1422
Fort Lauderdale, FL 33304


MyLooks Miami, LLC
1007 N. Federal Highway
Suite 1422
Fort Lauderdale, FL 33304


Plaza San Remo Condo Assoc, Inc.
O. Ford Gibson, Registered Agent
7000 SW 97 Avenue
Suite 210
Miami, FL 33173


Professional Bank
1567 San Remo Avenue
Coral Gables, FL 33146


Regions Bank
2800 Ponce de Leon Blvd
Coral Gables, FL 33134


Regions Bank
Michael J. Ryan, Esq.
PO Box 14909
North Palm Beach, FL 33408


Sound Garden
PO Box 2028
Woodstock, GA 30188