UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**BLINSKI, DARRYL J.**                              Case No. 12-40590-BKC-RAM
                                                     Chapter 7


            **DEBTOR.**
_____/


### TRUSTEE BARRY E. MUKAMAL'S REPORT OF ABANDONMENT

BARRY E. MUKAMAL, TRUSTEE, pursuant to Local Rules 2002-1(C)(1)(f)(ii) and 6007-1 (A) reports that the following asset(s) were abandoned at the Section 341 Meeting of Creditors on 01/24/13:

"2012 Mercedes 350E, 2011 Mercedes E350" as listed on Line 25 of Schedule "B" of the Debtor's Bankruptcy petition

Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 14 days after the date of the service of this notice.

Date: 1/25/2013

                                        /s/ Barry E. Mukamal
                                        Barry E. Mukamal
                                        Chapter 7 Trustee
                                        One S.E. Third Avenue – Box 158
                                        Miami, Florida 33131
                                        Telephone: (305) 416-2407
                                        Facsimile:  (305) 416-2409