# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-40590 RAM  
**Case Name:** BLINSKI, DARRYL J.  
**Period Ending:** 06/30/14

**Trustee:** (290830)   Barry E. Mukamal  
**Filed (f) or Converted (c):** 12/27/12 (f)  
**§341(a) Meeting Date:** 01/24/13  
**Claims Bar Date:** 05/30/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 3589 POINCIANA AVENUE, MIAMI, FL  Joint with non-filing party. | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2 | EXECUTIVE BANK A/N 2807  Joint with non-filing party. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | PROFESSIONAL BANK A/N 0404  Joint with non-filing party. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | EXECUTIVE BANK A/N 0855  Joint with non-filing party. | 0.00 | Unknown | | 0.00 | Unknown |
| 5 | PROFESSIONAL BANK A/N 1167 | 0.00 | Unknown | | 0.00 | Unknown |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS  Joint with non-filing party. | 11,030.00 | 0.00 | | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS  Joint with non-filing party. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL  Joint with non-filing party. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | FURS AND JEWELRY  Joint with non-filing party. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | HOBBY EQUIPMENT  Joint with non-filing party. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | INTERESTS IN INSURANCE POLICIES | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 12 | INTERESTS IN INSURANCE POLICIES | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 13 | INTERESTS IN INSURANCE POLICIES | 1,500,000.00 | 0.00 | | 0.00 | FA |

Page: 2

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-40590 RAM  
**Case Name:** BLINSKI, DARRYL J.  
**Period Ending:** 06/30/14  

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 12/27/12 (f)  
**§341(a) Meeting Date:** 01/24/13  
**Claims Bar Date:** 05/30/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | INTERESTS IN INSURANCE POLICIES (u)<br>Amended | Unknown | 0.00 | | 0.00 | FA |
| 15 | CAMPBELL CAPITAL MGMT. INC. | 860,000.00 | 0.00 | | 0.00 | FA |
| 16 | BLINSKI FAMILY HOLDINGS, LLC<br>Joint with non-filing party. | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | 3201 BEACHWOOD CONDOMINIUM LLC<br>Joint with non-filing party. | 0.00 | Unknown | | 0.00 | Unknown |
| 18 | COMPUTERSHARE TRUST CO | 4,000.00 | Unknown | | 0.00 | Unknown |
| 19 | PROFESSIONAL BANK SHARES OF STOCK<br>Amended for value. joint with non-filing party. | 120,450.00 | 0.00 | | 0.00 | FA |
| 20 | SHAREHOLDERS SERVICES 3M COMPANY | 4,000.00 | Unknown | | 0.00 | Unknown |
| 21 | SELIGMAN DATA CORP | 1,500.00 | Unknown | | 0.00 | Unknown |
| 22 | AMERITRADE STOCK ACCT # 7127<br>Amended for value, Joint with non-filing party. | 5,527.03 | 0.00 | | 0.00 | FA |
| 23 | 2012 MERCEDES 350E<br>Report of abandonment on file with the court ECF 14 | Unknown | 0.00 | OA | 0.00 | FA |
| 24 | 2011 MERCEDES E350<br>Report of abandonment on file with the court ECF 14 | Unknown | 0.00 | OA | 0.00 | FA |
| 25 | 2012 INCOME TAX REFUND (u)<br>Amended | 5,828.00 | 5,828.00 | | 5,828.00 | 0.00 |
| 26 | WELLS FARGO A/N 0739 (u) | 12,379.12 | 12,379.12 | | 12,379.12 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-40590 RAM
**Case Name:** BLINSKI, DARRYL J.

**Period Ending:** 06/30/14

**Trustee:** (290830)   Barry E. Mukamal
**Filed (f) or Converted (c):** 12/27/12 (f)
**§341(a) Meeting Date:** 01/24/13
**Claims Bar Date:** 05/30/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 26   Assets   Totals (Excluding unknown values) | $6,725,714.15 | $18,207.12 | | $18,207.12 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee requires additional time in which to investigate the financial dealings of the debtors and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704, including Chapter 5 matters.

The trustee recovered the value of the 2012 tax refund in the amount of $5,527.03; the Debtor's 1/3 interest in a bank account in the amount of $12,379.12; the return of life insurance premiums in the amount of $3,822; and distribution in re: 11-16736 BKC EPK.

Claims review complete.  No tax return required at this time.

03/07/13 - Court order granting employment of Trustee's attorney, Daniel Gonzalez, Esq.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014

**Current Projected Date Of Final Report (TFR):**   September 30, 2015

_____
August 8, 2014
Date

/s/ Barry E. Mukamal
_____
Barry E. Mukamal

Printed: 08/08/2014 04:35 PM    V.13.15

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-40590 RAM | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | BLINSKI, DARRYL J. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3266 - Checking Account |
| Taxpayer ID #: | **-***0122 | Blanket Bond: | $129,067,000.00   (per case limit) |
| Period Ending: | 06/30/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/06/13 | {25} | Darryl J. Blinski | 2012 tax refund | 1224-000 | 5,828.00 | | 5,828.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,818.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,808.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,798.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,788.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,778.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,768.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,758.00 |
| 06/06/14 | {26} | Wells Fargo | Debtor's 1/3 interest in bank balance | 1229-000 | 12,379.12 | | 18,137.12 |
| 06/23/14 | | Darryl J. Blinski | Final distribution from 11-16736 BKC EPK | 1249-000 | 1,343.04 | | 19,480.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.53 | 19,460.63 |
| | | | **ACCOUNT TOTALS** | | **19,550.16** | **89.53** | **$19,460.63** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **19,550.16** | **89.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,550.16** | **$89.53** | |

{} Asset reference(s)

Printed: 08/08/2014 04:35 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-40590 RAM | **Trustee:** | Barry E. Mukamal (290830) |
| --- | --- | --- | --- |
| **Case Name:** | BLINSKI, DARRYL J. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******3266 - Checking Account |
| **Taxpayer ID #:** | **-***0122 | **Blanket Bond:** | $129,067,000.00 (per case limit) |
| **Period Ending:** | 06/30/14 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
          Net Receipts :       19,550.16
                              _____
          Net Estate :         $19,550.16
```

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTAL - ALL ACCOUNTS** | | | | |
| | | | **Checking # ******3266** | | 19,550.16 | 89.53 | 19,460.63 |
| | | | | | $19,550.16 | $89.53 | $19,460.63 |